UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Rumaldo Ismael Fuentes De Leon**
    Petitioner

  V.

CIVIL ACTION

NO. **1:26-cv-10263-RGS**

**Wesling et al**
    Respondents

## ORDER OF DISMISSAL

Stearns, D. J.

    In accordance with the Court's Order entered February 9, 2026 [Doc. No. 9] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

2/9/2026
Date

/s/ Jacqueline Martin
Deputy Clerk